## DAVID FRARY AND ENOCH FIFIELD *versus* WILLIAM G. TAYLOR, WOLCOTT LAWRENCE, LOWRIN MARSH AND HEMAN BROWN

JOURNAL ENTRIES (1820–22): *Journal 3:* (1) Rule to bring bodies *p. 62; (2) death suggested, motion for substitution *p. 195; (3) continued *p. 227; (4) continued *p. 335; (5) continuance taken off, rule for judgment *p. 347.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) draft of declaration; (4) declaration; (5) motion for judgment for want of plea; (6) precipe for ca. sa.; (7) petition for stay of proceedings; (8) affidavit of Augustus Thorp; (9) affidavit of Henry Disbrow; (10) affidavit of William G. Taylor; (11) precipe for writ of supersedeas, and allowance; (12) petition for writ of error coram nobis; (13) affidavit of William G. Taylor; (14) precipe for writ of error coram nobis; (15) allowance of writ of error coram nobis; (16) writ of fi. fa., return and receipt; (17) contract for delivery of logs; (18) award of arbitrators.

*Office Docket*, MS p. 151, c. 76. Recorded in *Book B*, MS pp. 33–37.